**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOMINIC ROSS, SR.,

    Plaintiff,

vs.                                                     Case No. 3:13-cv-824-J-34JBT

COMCAST CABLE,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 8; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on August 26, 2013. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Amended Affidavit of Indigency (Dkt. No. 5) and Plaintiff's Long-Form Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 7) be denied and that Plaintiff be given an opportunity to pay the appropriate filing fee. See Report at 3. On September 16, 2013, Plaintiff filed objections to the Report. See Explanations and Objections (Dkt. No. 9; Objections). Thus, this matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review the legal conclusions in the report de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604

(11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); <u>see also</u> 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court determines that Plaintiff's Objections to the Magistrate Judge's findings are due to be overruled, and the Report is due to be adopted as the opinion of the Court. Accordingly, it is hereby **ORDERED:**

1. Plaintiff's Explanations and Objections (Dkt. No. 9) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 8) is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Amended Affidavit of Indigency (Dkt. No. 5) and Plaintiff's Long-Form Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 7) are **DENIED, without prejudice**.

4. Plaintiff shall have up to and including **October 31, 2013**, to either pay the appropriate filing fee, or to file a renewed motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in this matter with the complete information necessary for the Court to determine whether he is entitled to proceed in this manner. Plaintiff is cautioned that failure to comply with this Court Order will result in the dismissal of this case without prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of October, 2013.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record
Pro Se Plaintiff