UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOMINIC ROSS, SR.,

      Plaintiff,

v.                                       CASE NO. 3:13-cv-824-J-34JBT

COMCAST CABLE,

      Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court *sua sponte*. As Plaintiff has failed to serve the Complaint (Doc. 1) timely upon Defendant after multiple opportunities to do so, the undersigned respectfully **RECOMMENDS** that the case be **DISMISSED without prejudice**.

Ten months have passed since Plaintiff filed his Complaint, but he still has not properly served Defendant or even had a summons issued. The Court has instructed Plaintiff to do so on three separate occasions, and has provided Plaintiff with guidance on how to accomplish these tasks. (*See* Doc. 11 at 2; Doc. 13 at 1; Doc. 15 at 2.) In its most recent Order, the Court instructed the Clerk of Court to provide Plaintiff with the Court's Step-By-Step Guide to filing a civil action (Doc. 15

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed.R.Civ.P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

at 2), which includes information on service of process.

Federal Rule of Civil Procedure 4(m) establishes the time limit for serving a defendant. It states:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made by a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Further, Middle District of Florida Local Rule 3.10(a) states:

> Whenever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution.

On February 4, 2014, the Court issued an Order to Show Cause (Doc. 13), to which Plaintiff responded on February 18, 2014 (Doc. 14). In an Order dated March 3, 2014, the Court ruled that "[a]lthough the Order to Show Cause (Doc. 13) is due to be discharged, Plaintiff will be given likely one last opportunity to properly serve Defendant with the complaint and summons." (Doc. 15 at 1.) This Order further instructed Plaintiff:

> Plaintiff shall properly serve Defendant, and file notice of same, on or before May 5, 2014. Failure to serve Defendant properly will likely result in the undersigned recommending to the District Judge that this case be dismissed without prejudice pursuant to [Federal Rule of

Civil Procedure] 4(m).[2]

(*Id.* at 2–3.)

The Court's May 5 deadline has passed, and no notice of service has been filed. Further, the docket reflects that Defendant has not obtained the issuance of a summons from the Clerk of Court. Therefore, the undersigned recommends that the case be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve defendant timely, and for want of prosecution under Local Rule 3.10(a).

Accordingly, it is respectfully **RECOMMENDED** that:

The case be **DISMISSED without prejudice**.

**DONE AND ENTERED** at Jacksonville, Florida, on May 13, 2014.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

*Pro Se* Plaintiff

---

[2] This Order also notified Plaintiff that such a dismissal without prejudice might have "serious substantive consequences." (Doc. 15 at 2 n.1.)

3